

RECEIVED

2013 OCT 22  P 3: 19

# United States District Court

for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Candido Chavez                              Case Number: 2:12cr3-MEF

Name of Sentencing Judicial Officer: The Honorable Janis L. Sammartino, United States District Judge (Southern District of California); jurisdiction accepted in the Middle District of Alabama on December 21, 2011 by The Honorable Mark E. Fuller, United States District Judge

Date of Original Sentence: September 10, 2010

Original Offense: Transportation of Illegal Aliens and Aiding and Abetting

Original Sentence: 8 months custody of BOP, followed by a three (3) year term of supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: April 29, 2011

Assistant U.S. Attorney: Unassigned                                       Defense Attorney: Unassigned

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation No. 1 - Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance."** | On September 20, 2013, Chavez reported to the probation office as instructed. He submitted a urine sample which produced a presumptive positive for methamphetamine. Chavez initially denied the use of illegal substances. The sample was mailed to Alere Toxicology Services for confirmation analysis. On October 1, 2013, the laboratory confirmed that the urine sample was positive for amphetamine and methamphetamine. |
| **Violation No. 2 - Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance."** | On October 8, 2013, Chavez reported to the probation office as instructed. He submitted a urine sample which produced a presumptive positive for methamphetamine  He admitted using methamphetamine on October 4, 2013. |

U.S Probation Officer Recommendation:

[X]  The term of supervision should be revoked.
[ ]  extended for _ years, for a total term of _ years.
[ ]  Modify the conditions of supervised release as follows

I declare under penalty of perjury that the foregoing is true and correct

Executed on ____October 22, 2013____

/s/ Donnelle Thompson
United States Probation Officer

Reviewed and approved:  /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

UNITED STATES DISTRICT JUDGE

Date