IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:12-cr-003-MEF |
| ) | |
| JOHN CANDIDO CHAVEZ ) | |

# **O R D E R**

It is hereby ORDERED that a revocation hearing is set for November 14, 2013 at 9:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 24th day of October, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE