IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:12cr003-MEF |
| | ) | |
| JOHN CANDIDO CHAVEZ | ) | |

## **ORDER**

Defendant in this case waived a preliminary examination on October 24, 2013 (Doc. # 10) and orally waived a detention hearing in open court on the same date.  Based on the waiver of preliminary examination, as well as the petition, the Magistrate Judge concludes that there is probable cause to believe that the defendant committed the offense charged in the petition.  Therefore, it is

ORDERED that the defendant is bound over to the district court for further proceedings. The defendant is committed to the custody of the United States Marshal pending such proceedings.

DONE, this 28th day of October, 2013.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE