**Status Report**
**(3/09)**

# United States District Court

for

## Middle District of Alabama

### Status Report on Offender Under Supervision

Name of Offender: John Candido Chavez                         Case Number: 2:12cr3-MEF

Name of Sentencing Judicial Officer: The Honorable Janis L. Sammartino, United States District Judge (Southern District of California); jurisdiction accepted in the Middle District of Alabama on December 21, 2011 by The Honorable Mark E. Fuller, United States District Judge

Date of Original Sentence: September 10, 2010

Original Offense: Transportation of Illegal Aliens and Aiding and Abetting

Original Sentence: 8 months custody of the BOP; followed by a 3 year term of supervised release

Type of Supervision: Supervised Release                 Date Supervision Commenced: April 29, 2011

## STATUS UPDATE

On September 20, 2013, Your Honor entered an order (doc. 4) modifying Chavez's conditions of supervised to include five (5) months in a Residential Reentry Center (Dismas Charities, Inc.) maintained or under contract to the Federal Bureau of Prisons. The modification was sought by the probation officer primarily due to the offender's failure to notify the probation office of his change of address and his failure to gain and maintain employment. It was also reported in the modification request that Chavez tested positive for methamphetamine and amphetamine on September 13, 2013.

On September 20, 2013, Chavez submitted a urine sample which produced positive results for methamphetamine and amphetamine. On October 8, 2013, he submitted another urine sample which produced positive results for methamphetamine. He admitted to using methamphetamine on October 4, 2013. The probation officer petitioned the Court for a warrant (doc. 5) as Chavez was unemployed and using illegal substances while awaiting placement at the Residential Reentry Center. The Court issued a warrant and Chavez was arrested on October 23, 2013 and subsequently detained.

The Federal Bureau of Prisons has given Chavez a surrender date of November 4, 2013 to report to Dismas Charities to begin service of his five (5) month sentence. It is respectfully recommended that the petition (doc. 5) be dismissed to allow Chavez an opportunity to receive substance abuse treatment and obtain employment during his five (5) months at Dismas Charities.

                                                        Respectfully submitted,

                                          by      /s/ Donnelle Thompson
                                                  U.S. Probation Officer
                                                  Date: October 30, 2013


Reviewed and approved:   /s/ David Ron Thweatt
                         Supervisory U.S. Probation Officer

*The Court directs that additional action be taken as follows:*

[ ]    Other
[**X**]   Concur with Probation Officer's recommendation.  It is ORDERED that the petition (doc.5) to revoke the term of supervised release is dismissed. The defendant shall remain in the custody of the U. S. Marshals Service until November 4, 2013, at which time, he shall be released and transported to the Residential Reentry Center (Dismas Charities).  The revocation hearing currently scheduled for November 14, 2013 at 9:00 a.m.  is hereby cancelled.
[ ]    No action necessary

DONE this the 30th day of October, 2013.

                                                                /s/ Mark E. Fuller
                                            UNITED STATES DISTRICT JUDGE